# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ANTHONY MICHAEL ESHENA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Case No.: 5:08-cv-417 (CAR) |
| : | |
| DAVID FRAZIER, Warden, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S*
### *REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 43] to grant Defendants' Motion for Summary Judgment [26]. Plaintiff has not filed an objection to the Recommendation. The Court, having considered the Recommendation, agrees that Defendants are entitled to summary judgment on Plaintiff's claims. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 26th day of March, 2010.

                                                S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

APG